## J. C. PENNEY COMPANY *v.* ROBINSON ET AL.

[No. 14,082. Filed June 18, 1931. Rehearing denied October 6, 1931. Transfer denied January 6, 1932.]

*Kessinger & Hill, Curtis G. Shake* and *Joseph W. Kimmel,* for appellant.

*Padgett & Padgett, Claude E. Gregg, Lindley & Bedwell* and *Harry R. Lewis,* for appellees.

LOCKYEAR, J.—Affirmed, on the authority of *J. C. Penney Co. v. McCarthy* (1931), *ante* 609, 176 N. E. 637.

Bridwell, J., not participating.